UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JTH TAX, INC. d/b/a LIBERTY TAX
SERVICE,

             Plaintiff,

v.                                     Civil No. 2:11cv59

TROY CLARK, and
SOUTHWEST TAX STORES, LLC,

             Defendants.

## Second Declaration of Sarah Bosko

Pursuant to 28 U.S.C. § 1746, I, Sarah Bosko, declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of eighteen (18) years and am fully competent to testify to the matter stated in this declaration. This declaration is based upon my personal knowledge, Liberty's corporate and business records, and information available from Liberty's employees and agents.

2. I am a Corporate Paralegal for JTH Tax, Inc. d/b/a Liberty Tax Service ("Liberty") and a custodian of the records of its Legal Department. I have held this position since May 3, 2010.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript of the deposition of Kim Gutierrez taken in this case on May 24, 2011.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from Volume 1 of the transcript of the deposition of Troy Clark taken in this case on May 23, 2011.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from Volume 2 of the transcript of the deposition of Troy Clark taken in this case on May 23, 2011.

6. Attached as Exhibit 4 is a true and correct copy of Freedom Tax, LLC's Responses to Liberty's Motion to Compel Production and Inspection of Premises filed in the District of New Mexico on June 10, 2011.

7. Attached as Exhibit 5 is a true and correct copy of Liberty's Subpoena for a Request for Production of Documents to Freedom Tax, LLC.

Executed on this 13th day of June 2011.

                                                      Sarah L. Bosko

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Todd Gaynor, Esq. (VSB # 47742)
Taylor & Walker, P.C.
555 Main Street, Suite 1300
P.O. Box 3490
Norfolk, Virginia 23514
Telephone number: 757-625-7300
Fax number: 757-625-1504
Email: tgaynor@taylorwalkerlaw.com

/s/
Sada L. Sheldon, Esq. (VSB #77975)
*Counsel for Plaintiff*
Liberty Tax Service
1716 Corporate Landing Parkway
Virginia Beach, VA 23454
Telephone number: 757-493-8855
Fax number: 800-880-6432
Email: Sada.Sheldon@libtax.com