UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JTH TAX, INC., d/b/a
LIBERTY TAX SERVICE,
    Plaintiff,

VS.                  NO. 2:11cv59

TROY CLARK and
SOUTHWEST TAX STORES, LLC
    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DEPOSITION OF TROY CLARK
Volume 1
May 23, 2011
9:29 a.m.
500 Fourth St. NW, Suite 105
Albuquerque, New Mexico 87102
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PURSUANT TO THE FEDERAL RULES OF CIVIL

PROCEDURE, this deposition was:

TAKEN BY:   Ms. Sada L. Sheldon
             ATTORNEY FOR PLAINTIFF

REPORTED BY: Jeannine K. Sims, RPR, NM CCR #12
           Paul Baca Court Reporters
           500 Fourth Street NW, Suite 105
           Albuquerque, New Mexico 87102

EXHIBIT 2

1   "information would have to be requested from Freedom
2   Tax." Are you -- are you listed as a signatory on any
3   account for Freedom Tax?
4        A.   Yes.
5        Q.   What accounts are those?
6        A.   It's a Freedom Tax. She uses her operating
7   account. I don't have the account number.
8        Q.   How many accounts for Freedom Tax are you a
9   signatory on?
10       A.   Just the whatever she's calling her
11  operating account.
12       Q.   And why are you a signatory on that account?
13       A.   Part of the conditions and requirements of
14  the sales agreement.
15       Q.   Okay. When did you first meet Kim
16  Gutierrez?
17       A.   The best of my recollection it was in 2006
18  or 2007. I don't recall with specificity.
19       Q.   And where did you meet her?
20       A.   Here in Albuquerque.
21       Q.   And what was the events surrounding that
22  meeting?
23       A.   Liberty Tax had forwarded her name as a
24  potential franchisee.
25       Q.   And what was the purpose behind forwarding

1

2   THE STATE OF NEW MEXICO   :
    COUNTY  OF  BERNALILLO    :
3
            BE IT KNOWN that the foregoing transcript of
4   proceedings was taken by me; that I was then and there a
    Certified Court Reporter and Notary Public in and for the
5   County of Bernalillo, State of New Mexico, and by virtue
    thereof, authorized to administer an oath; that the
6   witness before testifying was duly sworn by me; that the
    foregoing 105 pages contain a true and accurate
7   transcript of the proceedings, all to the best of my
    skill and ability.
8
            BE IT FURTHER KNOWN that examination of this
9   transcript and signature of the witness was requested by
    the witness and all parties present.  On
10  _____, a letter was mailed or
    delivered to Mr. Todd M. Gaynor regarding obtaining
11  signature of the witness.

12          I FURTHER CERTIFY that I am neither employed by
    nor related to nor contracted with (unless excepted by
13  the Rules) any of the parties or attorneys in this case,
    and that I have no interest whatsoever in the final
14  disposition of this case in any court.

15

16

17                          _____
                            JEANNINE K. SIMS, CSR, RPR
18                          NM Certified Court Reporter #12
                            License expires:  12/31/11
19                          Paul Baca Court Reporters
                            500 Fourth Street, NW, Suite 105
20                          Albuquerque, New Mexico 87102

21

22

23

24

25