4211801

**Limited Liability Company**
**ARTICLES OF ORGANIZATION**



NM PUB... REG. COMMISSION

SEP 0 8 2009

CORPORATION BUREAU

The undersigned, acting as organizer(s) of a limited liability company pursuant to the New Mexico Limited Liability Company Act, adopt the following Articles of Organization:

**ARTICLE ONE**: The name of the limited liability company is: Freedom Tax, LLC

**ARTICLE TWO**: The period of duration (if other than perpetual) is: _____

**ARTICLE THREE**:
**(1)** The New Mexico street address of the company's initial registered office is:
1012 Marquez Place, Suite 106B, Santa Fe, NM 87505
**(P.O. Box is not acceptable.  Provide a description of the geographical location if a street address does not exist.)**

**(2)** The name of the initial registered agent at that address is: National Corporate Research, Ltd.

**(3)** The street address of the company's principal place of business, if different from its registered office, is: _____

**ARTICLE FOUR** (check only if applicable):
x____YES Management of the business and affairs of the company is vested in a manager.

**ARTICLE FIVE** (check only if applicable):
____YES  The limited liability company is a single member limited liability company.

**ARTICLE SIX**:  If these Articles of Organization are not to be effective upon filing with the commission, the effective date is: *(if an effective date is specified here, it cannot be a date prior to the date the articles are received by the commission)*_____

Dated: August 25, 2009          _~signature~_          Ricardo E. Fontg

_____          _____

                              **Signature of Organizer(s)**          **Printed Name(s)**

**Form DLLC**
(revised 07/03)

Blumberg No. 5208

EXHIBIT

5



# OFFICE OF THE
# PUBLIC REGULATION COMMISSION

CERTIFICATE OF COMPARISON

OF

FREEDOM TAX, LLC

4211801

The Public Regulation Commission certifies that the attached is a true and complete copy of the ****3**** page document(s) on file in this office.

This Certification is in accordance with Section 53-19-69 NMSA 1978.

DATED:   JUNE 10, 2011



In testimony whereof, the Public Regulation Commission of the state of New Mexico has caused this certificate to be signed by its chairman and the seal of said Commission to be affixed in the City of Santa Fe.

_Patrick H. Lyons_
Chairman

_Stacy Starr-Garcia_
Bureau Chief