7:52 PM
06/12/11
Accrual Basis

# Freedom Tax Service
## General Ledger
### As of April 30, 2011

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **6120 · Bank Service Charges** | | | | | | |
| Check | 01/31/2011 | | | Service Charge | Freedom Tax Account | 8.56 |
| Check | 02/08/2011 | eft | Harland Checks | | Freedom Tax Account | 151.80 |
| Check | 02/28/2011 | eft | | Service Charge | Freedom Tax Account | 20.00 |
| Check | 04/22/2011 | eft | Wells Fargo | | Freedom Tax Account | 12.00 |
| **Total 6120 · Bank Service Charges** | | | | | | 192.36 |
| **6130 · Cash Discounts** | | | | | | |
| **Total 6130 · Cash Discounts** | | | | | | |
| **6180 · Insurance** | | | | | | |
| 6185 · Liability Insurance | | | | | | |
| Check | 01/31/2011 | 3133 | Travelers | 6B31K9151 | Freedom Tax Account | 1,572.00 |
| **Total 6185 · Liability Insurance** | | | | | | 1,572.00 |
| 6180 · Insurance - Other | | | | | | |
| **Total 6180 · Insurance - Other** | | | | | | |
| **Total 6180 · Insurance** | | | | | | 1,572.00 |
| **6200 · Interest Expense** | | | | | | |
| 6210 · Finance Charge | | | | | | |
| Check | 01/04/2011 | eft | Crescent Processing | | Freedom Tax Account | 687.84 |
| Check | 01/25/2011 | eft | Crescent Processing | | Freedom Tax Account | 0.24 |
| Check | 02/02/2011 | eft | Crescent Processing | | Freedom Tax Account | 135.38 |
| Check | 03/21/2011 | eft | Crescent Processing | | Freedom Tax Account | 443.47 |
| Check | 04/04/2011 | eft | Crescent Processing | | Freedom Tax Account | 117.98 |
| **Total 6210 · Finance Charge** | | | | | | 1,384.91 |
| 6200 · Interest Expense - Other | | | | | | |
| Check | 03/29/2011 | eft | TSC | | Freedom Tax Account | 1,027.93 |
| **Total 6200 · Interest Expense - Other** | | | | | | 1,027.93 |
| **Total 6200 · Interest Expense** | | | | | | 2,412.84 |
| **6230 · Licenses and Permits** | | | | | | |
| Check | 01/31/2011 | 3116 | NCR | Cust # 02-south63 | Freedom Tax Account | 168.00 |
| Check | 02/28/2011 | 3144 | City of Rio Rancho | Bus License for 2011 | Freedom Tax Account | 65.00 |
| Check | 03/01/2011 | 3152 | City of Albuquerque Fire Dept | Ins #63-11 | Freedom Tax Account | 30.00 |
| **Total 6230 · Licenses and Permits** | | | | | | 263.00 |
| **6235 · Marketing & Advertising** | | | | | | |
| Check | 02/09/2011 | 3136 | Sign Art of NM | 50% down for Ind School Sign | Freedom Tax Account | 1,471.25 |
| Check | 02/28/2011 | 3141 | KKOB | | Freedom Tax Account | 8,731.20 |
| Check | 03/01/2011 | 3147 | Argyle Welding Supply | Helium Supplies | Freedom Tax Account | 7.04 |
| Check | 03/01/2011 | 3148 | Sign Art of NM | Inv # 10187 & 10215 | Freedom Tax Account | 116.85 |
| Check | 03/01/2011 | 3148 | Sign Art of NM | Inv # 10187 & 10215 | Freedom Tax Account | 407.94 |
| Check | 03/14/2011 | 3169 | Albuquerque Publishing Company | A90306 | Freedom Tax Account | 163.20 |
| Check | 04/21/2011 | 3185 | Sign Art of NM | Invoice 10258 | Freedom Tax Account | 1,759.62 |
| Check | 04/21/2011 | 3186 | Albuquerque Publishing Company | A90305 | Freedom Tax Account | 408.00 |
| **Total 6235 · Marketing & Advertising** | | | | | | 13,065.10 |

EXHIBIT 16  Blumberg No. 5208

Page 1 of 47

7:52 PM
06/12/11
Accrual Basis

**Freedom Tax Service**
**General Ledger**
**As of April 30, 2011**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **6261 · Professional Fees-Legal & Acctg** | | | | | | |
| Check | 04/21/2011 | 3207 | Standridge Law Firm | Retainer | Freedom Tax Account | 3,000.00 |
| **Total 6261 · Professional Fees-Legal & Acctg** | | | | | | 3,000.00 |
| **6265 · Purchased Services** | | | | | | |
| Check | 02/09/2011 | 3138 | City of Albuquerque | Inv# 977644 | Freedom Tax Account | 25.00 |
| Check | 03/21/2011 | 3170 | Lucy Prater | Sewing for Libby Costume | Freedom Tax Account | 150.00 |
| Check | 04/08/2011 | 3182 | TAS Security System | Invoice # 153112 | Freedom Tax Account | 68.85 |
| **Total 6265 · Purchased Services** | | | | | | 243.85 |
| **6290 · Rent** | | | | | | |
| Check | 01/01/2011 | 3101 | San Mateo/Indian School, LLC | Deposit & January 2011 Rent | Freedom Tax Account | 1,200.30 |
| Check | 01/31/2011 | 3109 | San Mateo/Indian School, LLC | VOID February 2011 Rent | Freedom Tax Account | 0.00 |
| Check | 01/31/2011 | 3110 | Laramie Square | February Rent (Net of Jan overpayment) | Freedom Tax Account | 750.00 |
| Check | 01/31/2011 | 3111 | Eubank Plaza West Investors | February 2011 Rent | Freedom Tax Account | 1,146.70 |
| Check | 01/31/2011 | 3112 | Mike's Buy Low | February 2011 Rent | Freedom Tax Account | 1,500.30 |
| Check | 02/01/2011 | 3135 | Ronald Clark | VOID: Reimburse for Indian School Rent | Freedom Tax Account | 0.00 |
| Check | 02/28/2011 | 3142 | Ronald Clark | Repay Ind School Rent pd personally | Freedom Tax Account | 1,200.00 |
| Check | 02/28/2011 | 3143 | San Mateo/Indian School, LLC | Feb 2011 Rent | Freedom Tax Account | 1,200.00 |
| Check | 03/01/2011 | 3145 | Eubank Plaza West Investors | March 2011 Rent | Freedom Tax Account | 1,146.70 |
| Check | 03/01/2011 | 3149 | Mike's Buy Low | March 2011 Rent | Freedom Tax Account | 1,500.00 |
| Check | 03/01/2011 | 3150 | Laramie Square | March 2011 Rent | Freedom Tax Account | 1,050.00 |
| Check | 03/15/2011 | eft | Marcie E Clark | | Freedom Tax Account | 700.00 |
| Check | 03/21/2011 | 3172 | San Mateo/Indian School, LLC | April 2011 Rent | Freedom Tax Account | 1,200.00 |
| Check | 03/28/2011 | eft | TSC | | Freedom Tax Account | 700.00 |
| Check | 04/08/2011 | 3179 | Mike's Buy Low | April 2011 Rent | Freedom Tax Account | 1,500.00 |
| Check | 04/08/2011 | 3180 | Laramie Square | April 2011 Rent | Freedom Tax Account | 1,050.00 |
| Check | 04/08/2011 | 3181 | Eubank Plaza West Investors | April 2011 Rent | Freedom Tax Account | 1,146.70 |
| Check | 04/21/2011 | 3203 | San Mateo/Indian School, LLC | May 2011 Rent | Freedom Tax Account | 1,200.00 |
| Check | 04/21/2011 | 3204 | Mike's Buy Low | May 2011 Rent | Freedom Tax Account | 1,500.00 |
| Check | 04/21/2011 | 3205 | Eubank Plaza West Investors | May 2011 Rent | Freedom Tax Account | 1,146.70 |
| Check | 04/21/2011 | 3206 | Laramie Square | May 2011 Rent | Freedom Tax Account | 1,050.00 |
| **Total 6290 · Rent** | | | | | | 21,886.80 |
| **6300 · Repairs** | | | | | | |
| **6310 · Building Repairs** | | | | | | |
| **Total 6310 · Building Repairs** | | | | | | |
| **6320 · Computer Repairs** | | | | | | |
| Check | 01/31/2011 | 3114 | Albuquerque Image Products | Invoices 60037 & 60301 | Freedom Tax Account | 524.25 |
| **Total 6320 · Computer Repairs** | | | | | | 524.25 |
| **6330 · Equipment Repairs** | | | | | | |
| **Total 6330 · Equipment Repairs** | | | | | | |
| **6750 · Janitorial Exp** | | | | | | |
| **Total 6750 · Janitorial Exp** | | | | | | |
| **6300 · Repairs - Other** | | | | | | |
| **Total 6300 · Repairs - Other** | | | | | | |
| **Total 6300 · Repairs** | | | | | | 524.25 |

7:52 PM
06/12/11
Accrual Basis

**Freedom Tax Service**
**General Ledger**
As of April 30, 2011

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **6340 · Telephone** | | | | | | |
| Check | 01/31/2011 | 3115 | AM Telephone | Inv # 35495 | Freedom Tax Account | 101.65 |
| **Total 6340 · Telephone** | | | | | | 101.65 |
| **6350 · Meals and Entertainment** | | | | | | |
| **Total 6350 · Meals and Entertainment** | | | | | | |
| **6380 · Travel** | | | | | | |
| **Total 6380 · Travel** | | | | | | |
| **6390 · Utilities** | | | | | | |
| **6391 · Phone & Data** | | | | | | |
| Check | 01/31/2011 | 3117 | Qwest Communications | | Freedom Tax Account | 199.88 |
| Check | 01/31/2011 | 3118 | Qwest Communications | | Freedom Tax Account | 223.95 |
| Check | 01/31/2011 | 3119 | Qwest Communications | | Freedom Tax Account | 121.43 |
| Check | 01/31/2011 | 3120 | Qwest Communications | | Freedom Tax Account | 204.05 |
| Check | 01/31/2011 | 3121 | Qwest Communications | | Freedom Tax Account | 16.64 |
| Check | 01/31/2011 | 3122 | Qwest Communications | | Freedom Tax Account | 338.63 |
| Check | 01/31/2011 | 3108 | Qwest Communications | | Freedom Tax Account | 335.78 |
| Check | 03/14/2011 | 3154 | Qwest Communications | | Freedom Tax Account | 457.67 |
| Check | 03/14/2011 | 3155 | Qwest Communications | | Freedom Tax Account | 418.50 |
| Check | 03/14/2011 | 3156 | Qwest Communications | | Freedom Tax Account | 247.35 |
| Check | 03/14/2011 | 3157 | Qwest Communications | | Freedom Tax Account | 433.31 |
| Check | 03/14/2011 | 3158 | Qwest Communications | | Freedom Tax Account | 212.56 |
| Check | 03/14/2011 | 3159 | Qwest Communications | | Freedom Tax Account | 32.04 |
| Check | 03/21/2011 | 3171 | Qwest Communications | | Freedom Tax Account | 223.91 |
| Check | 03/21/2011 | 3177 | Qwest Communications | | Freedom Tax Account | 15.65 |
| Check | 04/08/2011 | 3183 | Qwest Communications | | Freedom Tax Account | 217.68 |
| Check | 04/21/2011 | 3187 | Qwest Communications | | Freedom Tax Account | 217.27 |
| Check | 04/21/2011 | 3188 | Qwest Communications | | Freedom Tax Account | 212.56 |
| Check | 04/21/2011 | 3189 | Qwest Communications | | Freedom Tax Account | 198.11 |
| Check | 04/21/2011 | 3190 | Qwest Communications | | Freedom Tax Account | 214.54 |
| Check | 04/21/2011 | 3191 | Qwest Communications | | Freedom Tax Account | 225.44 |
| Check | 04/21/2011 | 3192 | Qwest Communications | | Freedom Tax Account | 121.84 |
| **Total 6391 · Phone & Data** | | | | | | 4,858.79 |
| **6400 · Gas and Electric** | | | | | | |
| Check | 01/31/2011 | 3123 | PNM | 115611563-0106868-0 | Freedom Tax Account | 111.12 |
| Check | 01/31/2011 | 3124 | PNM | 115611563-0208329-1 | Freedom Tax Account | 164.72 |
| Check | 01/31/2011 | 3125 | PNM | 115894054-1338321-7 | Freedom Tax Account | 20.32 |
| Check | 01/31/2011 | 3126 | PNM | 115611563-1336965-4 | Freedom Tax Account | 48.55 |
| Check | 01/31/2011 | 3127 | PNM | 115611563-1273567-1 | Freedom Tax Account | 76.51 |
| Check | 01/31/2011 | 3128 | New Mexico Gas Company | 115611563-0106868-0 | Freedom Tax Account | 82.27 |
| Check | 01/31/2011 | 3129 | New Mexico Gas Company | 115611563-0206329-1 | Freedom Tax Account | 40.26 |
| Check | 01/31/2011 | 3130 | New Mexico Gas Company | 115895083-1338321-5 | Freedom Tax Account | 69.44 |
| Check | 01/31/2011 | 3131 | New Mexico Gas Company | 115611563-1336965-4 | Freedom Tax Account | 75.51 |
| Check | 01/31/2011 | 3132 | New Mexico Gas Company | 115611563-1273567-1 | Freedom Tax Account | 35.87 |
| Check | 02/09/2011 | 3137 | PNM | 115895083-133832-5 | Freedom Tax Account | 72.90 |
| Check | 03/01/2011 | 3153 | New Mexico Gas Company | 115611563-1273567 | Freedom Tax Account | 39.42 |
| Check | 03/14/2011 | 3160 | New Mexico Gas Company | 115611563-0106868-0 | Freedom Tax Account | 221.90 |
| Check | 03/14/2011 | 3161 | New Mexico Gas Company | 115611563-0208329-1 | Freedom Tax Account | 141.02 |
| Check | 03/14/2011 | 3162 | New Mexico Gas Company | 115611563-1336965-4 | Freedom Tax Account | 79.13 |

Clark.Supplemental-00004

7:52 PM
06/12/11
Accrual Basis

## Freedom Tax Service
### General Ledger
As of April 30, 2011

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 03/14/2011 | 3163 | New Mexico Gas Company | 115890083-1338321-5 | Freedom Tax Account | 47.85 |
| Check | 03/14/2011 | 3164 | PNM | 115894054-1338321-7 | Freedom Tax Account | 154.34 |
| Check | 03/14/2011 | 3165 | PNM | 115611563-1336965-4 | Freedom Tax Account | 181.54 |
| Check | 03/14/2011 | 3166 | PNM | 11561 1563-1273567-1 | Freedom Tax Account | 103.40 |
| Check | 03/14/2011 | 3167 | PNM | 11561*1563-0106868-0 | Freedom Tax Account | 273.53 |
| Check | 03/14/2011 | 3168 | PNM | 115611563-0206239-1 | Freedom Tax Account | 66.66 |
| Check | 03/21/2011 | 3174 | New Mexico Gas Company | 115611563-1273567-1 | Freedom Tax Account | 23.43 |
| Check | 03/21/2011 | 3175 | New Mexico Gas Company | 115611563-1336965-4 | Freedom Tax Account | 42.04 |
| Check | 03/21/2011 | 3176 | PNM | 115611563-1273567-1 | Freedom Tax Account | 99.94 |
| Check | 04/21/2011 | 3193 | PNM | 115611563-1336965-4 | Freedom Tax Account | 119.50 |
| Check | 04/21/201* | 3194 | PNM | *1561*1563-1273567-1 | Freedom Tax Account | 121.08 |
| Check | 04/21/201* | 3195 | PNM | *15894054-1338321-7 | Freedom Tax Account | 112.76 |
| Check | 04/21/2011 | 3196 | PNM | 115611563-0106868-0 | Freedom Tax Account | 128.06 |
| Check | 04/21/2011 | 3197 | PNM | 115611563-0206329-1 | Freedom Tax Account | 86.06 |
| Check | 04/21/2011 | 3198 | New Mexico Gas Company | 115611563-1273567-1 | Freedom Tax Account | 17.02 |
| Check | 04/21/2011 | 3199 | New Mexico Gas Company | 115611563-1336965-4 | Freedom Tax Account | 24.56 |
| Check | 04/21/201* | 3200 | New Mexico Gas Company | *15895083-1338321-5 | Freedom Tax Account | 26.60 |
| Check | 04/21/2011 | 3201 | New Mexico Gas Company | 115611563-0106868-0 | Freedom Tax Account | 46.48 |
| Check | 04/21/2011 | 3202 | New Mexico Gas Company | 115611563-0206329-1 | Freedom Tax Account | 34.19 |
| **Total 6400 · Gas and Electric** | | | | | | **2,987.98** |
| 6410 · Water | | | | | | |
| Check | 03/01/2011 | 3146 | ABCWUA | 9793059560 | Freedom Tax Account | 54.25 |
| Check | 03/21/2011 | 3173 | ABCWUA | 9793059560 | Freedom Tax Account | 27.92 |
| **Total 6410 · Water** | | | | | | **82.17** |
| 6390 · Utilities - Other | | | | | | |
| **Total 6390 · Utilities - Other** | | | | | | |
| **Total 6390 · Utilities** | | | | | | **7,928.94** |
| 6550 · Office Supplies | | | | | | |
| Check | 01/31/2011 | 3113 | Ronald Clark | | Freedom Tax Account | 153.35 |
| Check | 03/01/2011 | 3151 | Coast to Coast Computer Products | Costco Supplies | Freedom Tax Account | 90.00 |
| **Total 6550 · Office Supplies** | | | | | | **243.35** |
| 6555 · Freedom Tax Payments to SW Tax | | | | | | |
| Transfer | 01/12/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 8,500.00 |
| Transfer | 02/03/2011 | | | Payment to SW Tax | 2800 · Line of Credit-Wells F | 1,000.00 |
| Transfer | 02/03/2011 | | | Payment to SW Tax | 2300 · Visa Credit Card | 1,000.00 |
| Transfer | 02/03/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 9,404.84 |
| Transfer | 02/03/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 700.00 |
| Transfer | 02/09/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 3,000.00 |
| Transfer | 02/11/2011 | | | Payment to SW Tax | Xfer to SW Tax San Mateo D | 20,000.00 |
| Transfer | 02/11/2011 | | | Payment to SW Tax | 2300 · Visa Credit Card | 5,000.00 |
| Transfer | 02/15/2011 | | | Payment to SW Tax | Xfer to SW Tax San Mateo D | 8,500.00 |
| Transfer | 02/16/2011 | | | Payment to SW Tax | Xfer to SW Tax -Troy Clark | 6,288.57 |
| Transfer | 02/18/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 6,540.81 |
| Transfer | 02/25/2011 | | | Payment to SW Tax | Xfer to SW Tax Opening Ac | 5,000.00 |
| Transfer | 02/25/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 5,000.00 |
| Transfer | 02/28/2011 | | | Payment to SW Tax | Xfer to SW Tax San Mateo D | 1,500.00 |
| Transfer | 03/03/2011 | | | Payment to SW Tax | 2300 · Visa Credit Card | 1,000.00 |

Clark.Supplemental-00005

7:52 PM
08/12/11
Accrual Basis

**Freedom Tax Service**
**General Ledger**
As of April 30, 2011

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Transfer | 03/03/2011 | | | Payment to SW Tax | 2800 · Line of Credit-Wells F | 1,000.00 |
| Transfer | 03/07/2011 | | | Payment to SW Tax | 2800 · Line of Credit-Wells F | 5,000.00 |
| Transfer | 03/22/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 1,700.00 |
| Transfer | 03/25/2011 | | | Payment to SW Tax | 2800 · Line of Credit-Wells F | 500.00 |
| Transfer | 03/25/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 500.00 |
| Transfer | 04/21/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 2,000.00 |
| Transfer | 04/21/2011 | | | Payment to SW Tax | Xfer to SW Tax Operating Ac | 1,000.00 |
| **Total Freedom Tax Payments to SW Tax** | | | | | | **94,377.57** |

**6560 · Payroll Expenses**
**6561 · Salary Expense**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 01/12/2011 | eft | Kim Gutierrez | | Freedom Tax Account | 625.00 |
| Check | 02/25/2011 | 1541 | Anthony Gutierrez | Paycheck 2/25/2011 after garnishment | Payroll Acct | 221.87 |
| Check | 03/10/2011 | 1628 | Anthony Gutierrez | 50% of Net pay withheld for Garnishment | Payroll Acct | 289.21 |
| Check | 03/25/2011 | 1697 | Anthony Gutierrez | PayCheck less 50% Garnishment | Payroll Acct | 250.99 |
| Check | 04/08/2011 | 3178 | Anthony Gutierrez | 50% of payroll for 4/8/11 | Freedom Tax Account | 264.31 |
| Check | 04/21/2011 | 1666 | Anthony Gutierrez | Pay after Garnishment | Payroll Acct | 464.35 |
| **Total 6561 · Salary Expense** | | | | | | **2,115.73** |

**6560 · Payroll Expenses - Other**

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 292.50 |
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 18.13 |
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 4.24 |
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 2.34 |
| Paycheck | 01/28/2011 | 1500 | [name] | Payroll Acct | 5.85 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 262.50 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 2.30 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 16.28 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 3.81 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 2.10 |
| Paycheck | 01/28/2011 | 1501 | [name] | Payroll Acct | 5.25 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 96.00 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 2.30 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 5.95 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 1.39 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 0.77 |
| Paycheck | 01/28/2011 | 1502 | [name] | Payroll Acct | 1.92 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 384.00 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 2.30 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 0.00 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 23.81 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 5.57 |
| Paycheck | 01/28/2011 | 1503 | [name] | Payroll Acct | 3.07 |

Clark.Supplemental-00006