

Troy Clark <troyclark@vfhllc.com>

# Liberty Tax Website form submission - Office: 11754
4 messages

FINANCEXPR@aol.com <FINANCEXPR@aol.com>    Tue, Nov 2, 2010 at 12:22 PM
To: tclark@plazahealthpartners.com
Cc: question@libtax.com

Salutation:
First Name: Steve
Last Name: Hughes
Email Address: FINANCEXPR@AOL.COM
Phone: 505-288-9955
Address 1: 9820 Compadre Ln NE
Address 2:
City: Albuquerque
State: NM
Zip Code: 87111
Requested Date for Office Visit: 11/9/2010 12:00:00 AM
Requested Time for Office Visit: 3:00 PM
Comments: Hi! - I am a semi-retired experienced accountant and tax preparer and was wondering if you could use some help this ttax season. With the help of Stephanie Aragon of American Home Realty, I am purchasing a home in the far soutwest part of the city. I would like to meet with you and discuss any possibilities. I am willing to take one of your tax classes if you tthink it will help.

Thank You!
Steve Hughes


Troy Clark <tclark@plazahealthpartners.com>    Tue, Nov 2, 2010 at 4:41 PM
To: Kim Guttierez <neighlick@aol.com>

Will you call this guy and bring him in to interview him.

[Quoted text hidden]


Troy Clark <tclark@plazahealthpartners.com>    Fri, Nov 19, 2010 at 7:46 AM
To: Kim Guttierez <neighlick@aol.com>

Did you get ahold of this guy??

---------- Forwarded message ----------
From: <FINANCEXPR@aol.com>
Date: Tue, Nov 2, 2010 at 12:22 PM
Subject: Liberty Tax Website form submission - Office: 11754
To: tclark@plazahealthpartners.com
Cc: question@libtax.com

[Quoted text hidden]


EXHIBIT 22

Clark.Supplemental-00058

neighlick@aol.com <neighlick@aol.com>   Sun, Nov 21, 2010 at 9:33 AM
To: tclark@plazahealthpartners.com

I called and left a message for him to call. Haven't heard anything but will call again.

Clark.Supplemental-00059



Troy Clark <troyclark@vfhllc.com>

# payroll 2011
1 message

neighlick@aol.com <neighlick@aol.com>                                        Tue, Jan 25, 2011 at 10:01 PM
To: tclark@plazahealthpartners.com

Here is the payroll (almost complete). I am missing info for Vila Diaz and Edward Bouchard. Hope you can maybe at least get a start before the last minute.

payroll2011(1).xls
43K

Clark.Supplemental-00063



Troy Clark <troyclark@vfhllc.com>

## reports

1 message

neighlick@aol.com <neighlick@aol.com>  
To: tclark@plazahealthpartners.com

Sat, Jan 29, 2011 at 8:03 AM

3 attachments

- Deposited RAL-ERC Fee jan29.xls  
  53K
- Management Report jan29.xls  
  196K
- Preparer Summary jan29.xls  
  18K

Clark.Supplemental-00068

**Troy Clark <tclark@plazahealthpartners.com>**     Mon, Jan 31, 2011 at 1:29 PM
To: Jerry Todd <jtodd@toddfinancialnm.com>
Bcc: Kim Gutticrez <neighlick@aol.com>

Jerry,

Have them call Kim Gutierrez at Freedom Tax Service....the office number is 883-5678... Have them mention that I referred them, and for her to work with them....I will give her a heads up as well....Send me their name (s) so she can recognize them when they call and not assign them to an employee. Her cell number is 315-1410 which may be the best way for them to get ahold of her to schedule an appointment

**Jerry Todd <jtodd@toddfinancialnm.com>**     Mon, Jan 31, 2011 at 1:31 PM
To: Troy Clark <tclark@plazahealthpartners.com>

Sounds good I'll pass on the information. Their names are Tom and Julie Mackenzie.

## Jerry E. Todd Jr., MBA, CRPS, CRPC

**Todd Financial**

9798 c Coors Blvd NW, Suite 106

Albuquerque NM 87114

T   505.797.3605

F   866.378.5158

Email   jtodd@toddfinancialnm.com

Web   toddfinancialnm.com

Vfhllc.com Mail - reports

Page 1 of 1



Troy Clark <troyclark@vfhllc.com>

## reports
2 messages

neighlick@aol.com <neighlick@aol.com>  Mon, Feb 28, 2011 at 10:41 PM
To: tclark@plazahealthpartners.com

somehow i lost the preparer summary and the management report from saturday. I probably saved it accidently in some wierd file

Sorry

Deposited RAL-ERC Fee feb28.xls
134K

neighlick@aol.com <neighlick@aol.com>  Mon, Feb 28, 2011 at 10:43 PM
To: tclark@plazahealthpartners.com

3 attachments

Deposited RAL-ERC Fee mar1.xls
135K

Management Report mar1.xls
729K

Preparer Summary mar1.xls
18K

Clark.Supplemental-00095